UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DOMINIC PRICE and JESSICA PRICE,

    Plaintiffs,

v.

RGR INDUSTRIES INC., d/b/a Iliad Epic Grow, and RICHARD RUZICH,

    Defendants.

Case No. 21-13

Mag. Judge Phillip J. Green

---

| | |
|---|---|
| Mark S. Wilkinson (P68765)<br>PALADIN EMPLOYMENT LAW PLLC<br>*Attorney for Plaintiffs*<br>5955 West Main Street<br>Kalamazoo, MI 49009<br>(tel.) 269.978.2474<br>mark@paladinemploymentlaw.com | Nikole L. Canute (P68713)<br>Benjamin C. Dilley (P80320)<br>MIKA MEYERS PLC<br>*Attorneys for Defendants*<br>900 Monroe Ave. NW<br>Grand Rapids, MI 49503<br>(tel.) 616.632.8000<br>ncanute@mikameyers.com<br>bdilley@mikameyers.com |

## JOINT MOTION TO APPROVE FLSA SETTLEMENT AGREEMENT

The parties jointly request that the Court enter an order approving their settlement agreement that resolves Plaintiffs' claims under the Fair Labor Standards Act, among other claims asserted in this case. If approved, the parties also request that the Court dismiss this action with prejudice and without additional costs or attorney's fees to either party. The parties rely on and incorporate their accompanying brief in support.

| | |
|---|---|
| DOMINIC PRICE AND JESSICA PRICE | RGR INDUSTRIES INC., d/b/a Iliad Epic Grow, and RICHARD RUZICH |
| By: /s/ Mark S. Wilkinson<br>Mark S. Wilkinson (P68765)<br>Dated: September 13, 2021 | By: /s/ Nikole L. Canute (with consent)<br>Nikole L. Canute (P68713)<br>Dated: September 13, 2021 |